SARAH BURNS AND HUSBAND, DEFENDANTS IN· ERROR, v. RICHARD ECKERT, PLAINTIFF IN ERROR.

Argued December 3, 1906—Decided February 2, 1907.

On error to the Supreme Court. ·

For the plaintiff in error, *Thomas F. Noonan.*

For the defendants in error, *Howard R. Cruse.*

PER CURIAM.

The judgment in this cause is affirmed, for the reason given in the *per curiam* opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, HENDRICKSON, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J.   12.

*For reversal*—None.